UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01438
  MARLENE A SELLBERG

                                         CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-0829

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

    1.  The case was filed on 01/23/08 .

    2.  The case was dismissed without confirmation, 03/07/2008.

    3.  The Debtor paid a total of $   600.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 11625.00 | .00 | 565.20 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11625.00 | .00 | .00 | .00 | 11625.00 |
| PRINCIPAL PAID | 565.20 | .00 | .00 | .00 | 565.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 565.20 | .00 | .00 | .00 | 565.20 |

The Debtor's attorney, PETER O MULDOON                    , was allowed $       .00 and was paid $       .00 .

The Trustee received $     34.80 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

    Dated: 06/25/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 01438 MARLENE A SELLBERG